Nathan Nicholas Helburn
*(full name/prisoner number)*
IMSI-C-26
P.O. Box 51
Boise, ID 83707
*(complete mailing address)*

U.S. COURTS

DEC 17 2018

UNITED STATES DISTRICT COURT

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

FOR THE DISTRICT OF IDAHO

Nathan Nicholas Helburn,
*(full name)*
                  Plaintiff,

v.

Wayne Wilson
Dr. James Barry
Dylan Arteaga
~~[struck through]~~

                  Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 1:18-CV-546-BLW
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ◯ Yes  ☒ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply)*:

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Nathan Nicholas Helburn. I am a citizen of the State of Idaho, presently residing at 13400 South Pleasent Vally Road, Boise, ID 83705.

PRISONER COMPLAINT - p. 1                                    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Christian Horton** (defendant), who was acting as **officer** (job title, if a person; function, if an entity) for the **Idaho Department of Corrections** (state, county, city, federal/government, or private entity performing a public function).

2. *(Factual Basis of Claim)* I am complaining that on **2/13/18** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: I was on suicide watch and officer Horton refused to give me water. I knew I was dehydrated as I had muscle cramps, bad headache and was light on my feet. She was very upset after having spent 4 hours on C-Block, my home for several years, refused to inform medical staff and determined I wasn't dehydrated though she commented on how much weight I had lost. I resorted to drinking toilet water to survive. The next day I was diagnosed with dehydration, and put on paper restriction for 2 weeks.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: This was a serious violation of my 8th Amendment rights and violation of Idaho Code 18-704, Inhuman treatment of Prisoners.

4. I allege that I suffered the following injury or damages as a result: I had to drink out of a toilet and I was dangerously dehydrated. Fortunately it wasn't voluntary manslaughter.

5. I seek the following relief: legal expenses, nominal damages and punitive damages to be determined by the court.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☐ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I was not allowed papers to file a grievance.

PRISONER COMPLAINT - p. 2  (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Wyane Wilson__, who was acting as __Sergeant__
   (defendant)                                    (job title, if a person; function, if an entity)

   for the __Idaho Department of Corrections__.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __2/14/18 - 2/26/18__, Defendant did
   (dates)

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: After becoming dangerously dehydrated on suicide watch, I had to resort to drinking toilet water. Unit staff by order of Sergeant Wilson would not give me Concern Forms or my legal work to file a grievance against Sergeant Wilson or His Staff. My Medical Records will confirm that I was diagnosed with dehydration.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Wilson's actions were a violation of my 1st, 8th and 14th amendment rights. Also violation of Idaho Code 18-704

4. I allege that I suffered the following injury or damages as a result: I could have died of dehydration and was denied my right of due process.

5. I seek the following relief: legal expenses and Punitive damages at the Court's descression.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
   [ ] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   [ ] Yes  [X] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I was put on "legal work restriction".

PRISONER COMPLAINT - p. 2_                                    (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Dylan Arteaga** (defendant), who was acting as **Officer** (job title, if a person; function, if an entity) for the **Idaho Department of Corrections** (state, county, city, federal government, or private entity performing a public function).

2. *(Factual Basis of Claim)* I am complaining that on **3/22/18** (dates), Defendant did the following (state how Defendant participated in the violation and include the reason Defendant so acted if known):

   Officer Arteaga, who is a female, did not announce herself when she was at my shower door. When I looked up she was staring at my penis while I was drying off. When I confronted her about this she said "I'm not doing anything wrong." I'm a very modest person and was very disturbed by her actions.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

   This is a violation of what little 4th amendment rights I have, violation of my 8th amendment rights and the crime of voyerism.

4. I allege that I suffered the following injury or damages as a result:

   I was a victim of a Quasi-Sex Crime.

5. I seek the following relief: Legal Expensis and Punitive damages at the Court's descression.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I filed a grievance and it was forwarded to a shift Commander & Nothing Happened.

PRISONER COMPLAINT - p. 2   *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Dr. James Barry** (defendant), who was acting as **Psycologist** (job title, if a person; function, if an entity) for **Corizon.** (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **June & July 2018** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: After suffering a seizure, concussion and very painful neck and back injury, Dr. James Barry conspired with Sergeant Wayne Wilson to deprive me of Pen, Paper and legal work for a period of 2 months.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: 1st, 8th and 14th amendment rights. ~~I suffered needlessly~~ This was conspiracy to deprive civil rights.

4. I allege that I suffered the following injury or damages as a result: If I had a pen I could have been my own advocate and gotten some pain medication for my back and neck. I suffered needlessly. Also Idaho Code 18-706, Inhuman treatment of Prisoners. Conspiracy.

5. I seek the following relief: legal expenses, nominal damages and punitive damages at the Court's descression.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ( ) Yes [X] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I was on Pen, Paper & legal work restriction. I could not file a grievance.

PRISONER COMPLAINT - p. 2_   (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Wyane Wilson** *(defendant)*, who was acting as **Sergeant** *(job title, if a person; function, if an entity)*

   for the **Idaho Department of Corrections** *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **June & July 2018** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: **After suffering a seizure, concussion and very painful neck and back injury, Sergeant Wyane Wilson conspired with Dr. James Barry to deprive me of pen, paper and legal work for a period of 2 months.**

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: **1st, 8th and 14th amendment rights. This was conspiracy to deprive civil rights.**

4. I allege that I suffered the following injury or damages as a result: **If I had a pen I could have been my own advocate and gotten some pain medication for my back & neck. I suffered needlessly.**

5. I seek the following relief: **legal expenses, nominal and punitive damages at the Court's descression.**

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ◯ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 2_   (Rev. 10/24/2011)

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ◯ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: I'm inexperienced with law and in an accute mental health unit. I need all the help I can get. If I get a good attorney I could get redress for almost dieing over 2 years ago, and the numerous beating inflicted on Mental Health Inmates.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 12/12/18 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 12/12/18 *(date)*; OR *(specify other method)* _____.

Executed at I.M.S.I _____ on 12/12/18 _____.
    *(Location)*                                    *(Date)*

_Nate Hellum_
Plaintiff's Original Signature

Note: *Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*

PRISONER COMPLAINT - p. 3_   *(Rev. 10/24/2011)*